AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

x.AI LLC, et al.
*Plaintiff*
v.
Darana Hybrid, Inc. et al.
*Defendant*

Case No. 2:26-cv-02994-BCL-atc

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

x.AI LLC, CTC Property LLC, MZX Tech LLC .

Date: 09/08/2026

/s/ Reid E. Coleman
*Attorney's signature*

Reid E. Coleman 24127024
*Printed name and bar number*

800 W. Cesar Chavez St.
Austin, TX 78701
*Address*

rcoleman@x.ai
*E-mail address*

*Telephone number*

*FAX number*