**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**X.AI LLC, CTC PROPERTY, LLC,**
**and MZX TECH, LLC,**

**Plaintiffs,**

**v.** **No. 2:26-cv-02994-BCL-atc**

**DARANA HYBRID, INC.,**
**CUTTELL MOTORSPORTS, LLC**
**d/b/a INTERNATIONAL HOT ROD**
**ASSOCIATION, and DARRYL CUTTELL,**

**Defendants.**

---

**DARANA HYBRID, INC.,**

**Consolidated Plaintiff,**

**v.** **No. 2:26-cv-03037-BCL-atc**

**CTC PROPERTY, LLC, and**
**MZX TECH, LLC**

**Consolidated Defendants.**

---

**DEFENDANT DARANA HYBRID, INC.'S PARTIAL MOTION TO DISMISS AMENDED COMPLAINT**

---

Pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), Defendant Darana Hybrid, Inc. ("Darana") respectfully moves to dismiss, in whole or in part, Counts One, Two, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven of the Amended Complaint filed by Plaintiffs x.AI LLC, CTC Property LLC, and MZX Tech LLC (collectively, "Plaintiffs"). As grounds for this Motion, Defendant Darana states as follows:

- Count Eight fails to plead fraud with the particularity required by Fed. R. Civ. P. 9(b). Instead, it repackages breach of contract claims as fraud claims without identifying any independent duty that was violated, such that it should be dismissed.
- Count Six for conversion should be dismissed as duplicative of the breach of contract claims.
- Counts One, Two, Four, Five, Nine, and Ten all arise from the same contract, the Master Services Agreement, as amended, between the same parties, and seek to redress the same core injury. They are, in substance, a single breach-of-contract claim artificially split into five counts and should be dismissed as duplicative of Count One or, in the alternative, consolidated with it.
- MZX Tech LLC is not a party to, and is not alleged to be an intended beneficiary of, the Master Services Agreement, and therefore lacks standing to sue for its breach. MZX Tech LLC's claims for breach of contract asserted in Counts One, Two, Five, Nine, and Ten should be dismissed.
- Count Ten for breach of the forum selection clause should be dismissed because the Mississippi lien claims cannot be adjudicated in Tennessee.
- Count Eleven should be dismissed to the extent it seeks a declaration that the MSA covered work in Mississippi, because it clearly did not.

The factual and legal basis for this Motion, and the authorities supporting it, are set forth more fully in Defendant Darana's Memorandum in Support of Partial Motion to Dismiss Amended Complaint, filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendant Darana respectfully requests that the Court dismiss the following claims in their entirety: (1) Count Eight for Fraud because the Amended Complaint does

not identify an independent duty to Plaintiff and is duplicative of the breach of contract claim under Rules 9(b) and 12(b)(6); (2) Count Ten for breach of the forum selection clause because the Mississippi lien claims could not be adjudicated in Tennessee; (3) Count Six for conversion as duplicative of the breach of contract claims; (4) Counts Two, Four, Five, Nine and Ten for breach of contract as duplicative of Count One, or in the alternative, order those counts consolidated with Count One for all further proceedings; and (5) MZX Tech LLC's claims for breach of contract asserted in Counts One, Two, Five, Nine and Ten for lack of standing. Defendant Darana seeks partial dismissal of Count Eleven for Declaratory Judgment to the extent it seeks a declaration that the MSA covered work in Mississippi, because it clearly did not.

Respectfully submitted,

**GLANKLER BROWN, PLLC**

By: /s/ *Jeremy G. Alpert*

Jeremy G. Alpert (TN #19277)
Ross E. Webster (TN #24784)
S.T. Rayburn (TN #041634)
6000 Poplar Avenue, Ste. 400
Memphis, Tennessee 38119
(901) 525-1322
jalpert@glankler.com
rwebster@glankler.com
srayburn@glankler.com

and

Marc A. Sanchez (admitted *pro hac vice*)
Andrew M. Hanna (admitted *pro hac vice*)
FRANTZ WARD LLP
200 Public Square, Ste. 3000
Cleveland, OH 44114
(216) 515-1660
msanchez@frantzward.com
ahanna@frantzward.com

*Attorneys for Defendants*

*Darana Hybrid, Inc.,*
*Cuttell Motorsports, LLC d/b/a*
*International Hot Rod Association*
*and Darryl Cuttell*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the following counsel of record, via email and/or the Court's electronic filing system to all counsel of record, this 1st day of October, 2026.

/s/ *Jeremy G. Alpert*