# EXHIBIT A

**IN THE CIRCUIT COURT OF DESOTO COUNTY, MISSISSIPPI**

**DARANA HYBRID, INC.,**

***Plaintiff,***

**v.**

**NO:** C12026-523WHD
**Jury Trial Demanded**

**MZX TECH, LLC,**
**ET OLIVE BRANCH V, LLC,**
**and DEV PROPERTY 2 MS, LLC**

***Defendants.***

## COMPLAINT FOR DAMAGES

Plaintiff Darana Hybrid, Inc. ("Darana") for its Complaint against Defendants MZX Tech, LLC ("MZX"), ET Olive Branch V, LLC ("ET OBV"), and Dev Property 2 MS, LLC ("Dev") (collectively "Defendants"), hereby alleges and states the following:

## PARTIES

1. Darana is a Tennessee corporation with its principal place of business at 903 Belle Avenue, Hamilton, Ohio 45015. Darana is a Native American owned and operated company providing industrial electrical and mechanical services throughout North America. Darana is licensed to do business in the State of Mississippi, and Darana holds an appropriate license with the Mississippi State Board of Contractors to perform work in Mississippi.

2. Upon information and belief, Defendant MZX Tech LLC is a Wyoming limited liability company, with its principal place of business at 1450 Page Mill Road, Palo Alto, California 94304. MZX can be served with process through its registered agent, United Agent Group, Inc., at 7 Professional Pkwy #101 Hattiesburg, Mississippi 39402.

FILED
DESOTO COUNTY, MS
AUG 06 2026
Dale K. Thompson
CIRCUIT COURT CLERK

3. Upon information and belief, Defendant ET Olive Branch V, LLC ("ET OBV") is a Delaware limited liability company, with its principal place of business at 8027 Forsyth Blvd, Ste 1100, Saint Louis, Missouri 63105. ET OBV can be served with process through its registered agent, CT Corporation System, at 8927 Lorraine Road, Suite 204-A, Gulfport, Mississippi 39503.

4. Upon information and belief, Defendant Dev Property 2 MS, LLC ("Dev") is a Delaware limited liability company, with its principal place of business at Five Radnor Corporate Center, 100 Matsonford Road, Suite 250, Radnor, Pennsylvania 19087. Dev can be served with process through its registered agent, Corporation Service Company, at 109 Executive Drive, Suite 3, Madison, Mississippi 39110.

**JURISDICTION AND VENUE**

5. This Court has personal jurisdiction over Defendants MZX, Dev, and ET OBV because MZX, Dev, and ET OBV regularly transact business in DeSoto County, Mississippi, entered into contracts to be performed in Mississippi, and upon information and belief own or lease the real property in DeSoto County, Mississippi, that is the subject of this dispute. Also, a substantial portion of the events and omissions giving rise to the claims in this Complaint occurred within Mississippi.

6. This Court has subject matter jurisdiction over this controversy because the causes of action alleged arose in DeSoto County, Mississippi, because the case involves the improvement of real property located in DeSoto County, Mississippi, and pursuant to Mississippi Code Annotated § 85-7-405(1)(c)(i).

7. This Court is the proper venue for this action because the dispute concerns improvement to real property located in DeSoto County, Mississippi.

## FACTS

8. Darana provided labor, materials, equipment, and services ("Construction Services") to MZX for the construction or improvement of several parcels of real property in DeSoto County, Mississippi, including: (i) Macroharder, 2400 Stateline Rd., Southaven, Mississippi 38671 ("Stateline"); (ii) Macroharder, 2875 Stanton Rd., Southaven, Mississippi 38671 ("Duke"); (iii) Macroharder, 3883 US-51, Southaven, Mississippi 38671 ("Area 51"); and (iv) Macroharder, 7700 Nail Rd., Olive Branch, Mississippi 38654 ("Nail Road") (collectively the "Projects").

9. Darana began providing Construction Services to the various Projects as follows: the Duke site on June 29, 2025; the Stateline site on January 1, 2026; the Area 51 site on January 25, 2026; and the Nail Road site on April 5, 2026.

10. Darana was providing these Construction Services per a verbal agreement between Darana and Christian Kauffman at X.AI, upon information and belief the parent company and 100% owner of MZX. Starting in January of 2026, Mr. Kauffman directed Darana to invoice MZX for Construction Services performed on all the Projects in DeSoto County, Mississippi. Further, he provided Darana with a Direct Pay Permit allowing MZX to directly pay any sales tax in Mississippi. Thereafter, Darana invoiced MZX for all work performed on the Projects, and for a period of time (until Darana was wrongfully terminated), MZX paid Darana's invoices for the Construction Services Darana provided to the Projects.

11. On July 2, 2026, MZX sent its last payment.

12. MZX has wrongfully and without justification refused to pay Darana in excess of $432,455,431.16 for these timely and properly performed Construction Services provided to the

Projects in DeSoto County, Mississippi. A copy of Darana's account receivable is attached as Exhibit "A".

13. On July 29, 2026, Darana sent MZX a demand for payment. A copy of Darana's demand letter is attached hereto as Exhibit "B" and is incorporated herein by reference.

14. On August 5, 2026, Darana prepared, executed, and filed Claims of Lien with the Chancery Clerk of DeSoto County, Mississippi, against (i) 2400 Stateline Rd., Southaven, Mississippi 38671; (ii) 2875 Stanton Rd., Southaven, Mississippi 38671; (iii) 3883 US-51, Southaven, Mississippi 38671; and 7700 Nail Rd., Olive Branch, Mississippi 38654, in accordance with Miss. Code Ann. § 85-7-401, et seq. Copies of Darana's liens are attached as Exhibit "C".

15. The Claims of Lien were filed within the time period required by Mississippi law, such that they and this Complaint comply with all statutory requirements for a valid mechanic's lien.

16. Darana provided the proper notice to Defendants as required by Mississippi law.

17. Despite repeated demands for payment, MZX has failed and/or refused to respond to the demand or pay the amounts due.

## <u>COUNT I - BREACH OF CONTRACT</u>

18. Darana realleges and incorporates the allegations contained in the paragraphs above as if fully set forth herein.

19. Beginning in January of 2026, Darana billed MZX on a time and material basis and was paid by MZX for Darana's Construction Services.

20. MZX either expressly or by implication authorized Darana to perform Constructions Services on the Projects, and Darana in fact performed the Construction Services

with MZX's knowledge and to the benefit of MZX. MZX paid Darana for Construction Services until July 2, 2026.

21. Since that day, MZX has breached the parties' agreement and past practice by ceasing all payments to Darana and failing and refusing to pay Darana for Construction Services which Darana performed, MZX accepted, and from which MZX benefitted.

22. As a direct and proximate result of MZX's breach of contract, Darana has sustained actual damages in excess of $432,455,431.16, plus statutory interest, costs, expenses, and reasonable attorneys' fees.

**COUNT II - UNJUST ENRICHMENT AGAINST MZX**

23. Darana realleges and incorporates the allegations contained in the paragraphs above as if fully set forth herein.

24. Darana conferred significant benefit on MZX by virtue of Construction Services it provided to MZX. MZX was aware of the Construction Services being provided and it would be unjust for MZX to retain the value of these services without compensation.

25. MZX has benefited, and been unjustly enriched, by virtue of the Construction Services provided by Darana.

26. The reasonable value of the benefit conferred on MZX is in excess of $432,455,431.16.

27. The benefits conferred on MZX are at the expense, and to the detriment, of Darana and its subcontractors and material suppliers. It would be unjust and inequitable to allow MZX to retain this benefit without compensating Darana.

28. MZX is liable to Darana for unjust enrichment in excess of $432,455,431.16, plus interest.

**COUNT III - UNJUST ENRICHMENT AGAINST ET OBV AND DEV**

29. Darana realleges and incorporates the allegations contained in the paragraphs above as if fully set forth herein.

30. Darana conferred significant benefit on ET OBV by virtue of Construction Services it provided to MZX on 7700 Nail Rd., Olive Branch, Mississippi 38654. ET OBV was aware of the Construction Services being provided and it would be unjust for ET OBV to retain the value of these services without compensation.

31. ET OBV has benefited, and been unjustly enriched, by virtue of the Construction Services provided by Darana.

32. The reasonable value of the benefit conferred on ET OBV is in excess of $439,794.10.

33. Darana conferred significant benefit on Dev by virtue of Construction Services it provided to MZX on 3883 US-51, Southaven, Mississippi 38671. Dev was aware of the Construction Services being provided and it would be unjust for Dev to retain the value of these services without compensation.

34. Dev has benefited, and been unjustly enriched, by virtue of the Construction Services provided by Darana.

35. The reasonable value of the benefit conferred on ET OBV is in excess of $2,407,548.18.

36. The benefits conferred on ET OBV and Dev are at the expense, and to the detriment, of Darana and its subcontractors and material suppliers. It would be unjust and inequitable to allow ET OBV and Dev to retain this benefit without compensating Darana.

37. ET OBV is liable to Darana for unjust enrichment in excess of $439,794.10, plus interest.

38. Dev is liable to Darana for unjust enrichment in excess of $2,407,548.18, plus interest.

**COUNT IV – STATUTORY VIOLATION**

39. Darana realleges and incorporates the allegations contained in the paragraphs above as if fully set forth herein.

40. Mississippi Code Annotated § 87-7-3 (the "Act"), requires that project owners pay prime contractors, like Darana, within 30 days of receiving an invoice.

41. MZX failed to pay or has refused to pay outstanding invoices in excess of $432,455,431.16 within 30 days of receipt of the invoice.

42. Due to this failure to pay, Darana gave notice to MZX on July 29, 2026, that its invoices remained unpaid for over thirty (30) days, demanded immediate payment, and advised MZX that if payment was not forthcoming that it would seek penalty interest under the Act. *See* Ex. B.

43. Nevertheless, MZX has still failed and/or refused to pay.

44. As a direct and proximate result of MZX's violations of the Act, Darana is entitled to all remedies available under Mississippi law, including interest on overdue invoices at a rate of 1% per month pursuant to the Act.

45. In sum, Darana has sustained actual damages in excess of $432,455,431.16, and is entitled to payment from MZX in excess of that amount, plus interest at 1% per month, as well as costs, expenses, and reasonable attorneys' fees.

**COUNT V – FORECLOSURE OF MECHANIC'S LIENS**

46. Darana realleges and incorporates the allegations contained in the paragraphs above as if fully set forth herein.

47. Darana holds a valid and enforceable mechanic's lien against 2400 Stateline Road, Southaven, Mississippi 38671, in the amount of $379,591,686.58 for materials provided, work performed, equipment provided, labor provided, and services rendered for the improvement of 2400 Stateline Road, Southaven, Mississippi 38671.

48. Darana holds a valid and enforceable mechanic's lien against 2875 Stanton Road, Southaven, Mississippi 38671, in the amount of $50,016,402.30 for materials provided, equipment provided, work performed, labor provided, and services rendered for the improvement of 2875 Stanton Road, Southaven, Mississippi 38671.

49. Darana holds a valid and enforceable mechanic's lien against 3883 US-51, Southaven, Mississippi 38671, in the amount of $2,407,548.18 for materials provided, equipment provided, work performed, labor provided, and services rendered for the improvement of 3883 US-51, Southaven, Mississippi 38671.

50. Darana holds a valid and enforceable mechanic's lien against 7700 Nail Road, Olive Branch, Mississippi 38654, in the amount of $439,794.10 for materials provided, equipment provided, work performed, labor provided, and services rendered for the improvement of 7700 Nail Road, Olive Branch, Mississippi 38654.

51. Said liens were perfected in accordance with Mississippi Code Annotated § 85-7-401 *et seq*., including the filing of *lis pendens* notices alongside this Complaint. MZX has failed and refused to pay the amount due and owing despite demands for payment.

52. Darana is entitled to foreclose its mechanic's liens and to have Stateline, Duke, Area 51, and Nail Road sold in accordance with Mississippi law to satisfy the debt owed to Darana.

53. Darana is entitled to recover damages from MZX in excess of $432,455,431.16, with interest from June 23, 2026, until paid at the statutory rate or such other rate as may be proven at trial. Pursuant to Mississippi Code Annotated § 85-7-405(3)(c), and any other relevant Mississippi law, Darana is entitled to its reasonable costs, interest, and attorney's fees related to bringing this action and enforcing the liens.

54. Darana is entitled to recover damages from ET OBV in excess of $439,794.10, with interest from June 23, 2026, until paid at the statutory rate or such other rate as may be proven at trial. Pursuant to Mississippi Code Annotated § 85-7-405(3)(c), and any other relevant Mississippi law, Darana is entitled to its reasonable costs, interest, and attorney's fees related to bringing this action and enforcing the liens.

55. Darana is entitled to recover damages from Dev in excess of $2,407,548.18, with interest from June 23, 2026, until paid at the statutory rate or such other rate as may be proven at trial. Pursuant to Mississippi Code Annotated § 85-7-405(3)(c), and any other relevant Mississippi law, Darana is entitled to its reasonable costs, interest, and attorney's fees related to bringing this action and enforcing the liens.

## PRAYER FOR RELIEF

**WHEREFORE**, Darana prays for relief against MZX, OBV, and Dev as follows:

1. That process issue and Defendants MZX, OBV, and Dev be made to appear and answer this Complaint;
2. That the Court empanel a jury to try this action;

3. That Darana be awarded compensatory damages, both economic and non-economic, for MZX's breach of contract, unjust enrichment, and statutory violations, in an amount to be proven at trial, but in excess of $432,455,431.16, plus reasonable attorney's fees, statutory interest, costs, and expenses;
4. That Darana be awarded compensatory damages, both economic and non-economic, for ET OBV's unjust enrichment, in an amount to be proven at trial, but in excess of $439,794.10, plus reasonable attorney's fees, statutory interest, costs, and expenses;
5. That Darana be awarded compensatory damages, both economic and non-economic, for Dev's unjust enrichment, in an amount to be proven at trial, but in excess of $2,407,548.18, plus reasonable attorney's fees, statutory interest, costs, and expenses;
6. That Darana's mechanic's liens be declared valid, enforceable, and superior to all claims, liens, and interest that are junior or subordinate thereto;
7. That the Court order the foreclosure of Darana's mechanic's liens on (i) 2400 Stateline Rd., Southaven, Mississippi 38671; (ii) 2875 Stanton Rd., Southaven, Mississippi 38671; (iii) 3883 US-51, Southaven, Mississippi 38671; and (iv) 7700 Nail Rd., Olive Branch, Mississippi 38654.
8. That the Court order that (i) 2400 Stateline Rd., Southaven, Mississippi 38671; (ii) 2875 Stanton Rd., Southaven, Mississippi 38671; (iii) 3883 US-51, Southaven, Mississippi 38671; and (iv) 7700 Nail Rd., Olive Branch, Mississippi 38654, be sold in accordance with Mississippi law to satisfy the debt owed to Darana, together with interest, costs, and attorney's fees;
9. That the Court appoint a Special Master or Commissioner to conduct said sales if necessary;

10. That Darana be awarded the costs of this cause, including all discretionary costs and attorneys' fees;

11. That Darana be awarded pre-judgment and post-judgment interest on all amounts awarded; and

12. That Darana be awarded such other, further relief, both general and specific, to which it may be entitled.

Respectfully submitted,

**GLANKLER BROWN, PLLC**

By: ______________________

Ross E. Webster (MSB #101957)
S.T. Rayburn (MSB #106757)
6000 Poplar Avenue, Ste 400
Memphis, Tennessee 38119
(901) 525-1322
rwebster@glankler.com
srayburn@glankler.com

*Attorneys for Plaintiff Darana Hybrid, Inc.*