**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**X.AI LLC, CTC PROPERTY, LLC, and MZX TECH, LLC,**

**Plaintiffs,**

**v.** **No. 2:26-cv-02994-BCL-atc**

**DARANA HYBRID, INC., CUTTELL MOTORSPORTS, LLC d/b/a INTERNATIONAL HOT ROD ASSOCIATION, and DARRYL CUTTELL,**

**Defendants.**

---

**DARANA HYBRID, INC.,**

**Consolidated Plaintiff,**

**v.** **No. 2:26-cv-03037-BCL-atc**

**CTC PROPERTY, LLC, and MZX TECH, LLC**

**Consolidated Defendants.**

---

**DEFENDANTS DARRYL CUTTELL AND CUTTELL MOTORSPORTS, LLC D/B/A INTERNATIONAL HOT ROD ASSOCIATION'S PARTIAL MOTION TO DISMISS AMENDED COMPLAINT**

---

Pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), Defendants Cuttell Motorsports, LLC d/b/a International Hot Rod Association ("IHRA") and Darryl Cuttell ("Cuttell") respectfully move to dismiss, in whole or in part, Counts One, Two, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven of the Amended Complaint filed by Plaintiffs x.AI LLC, CTC

Property LLC, and MZX Tech LLC (collectively, "Plaintiffs"). As grounds for this Motion, Defendants IHRA and Cuttell state as follows:

- Count Eight (Fraud) impermissibly lumps Darana and Cuttell together, such that it fails to plead any fraud by Cuttell with the particularity required by Fed. R. Civ. P. 9(b) and should be dismissed.
- Cuttell did not sign the Master Services Agreement in his personal capacity and is not a party to it. Simply because Cuttell signed the agreement in his capacity as CEO of Darana, Cuttell cannot be held personally liable for Darana's alleged breaches of the contract, and he should be dismissed from Counts One, Two, Four, Five, Nine, and Ten (Breach of Contract). Moreover, Count Ten (Breach of Forum Selection Clause) should be dismissed against Cuttell because he did not file any lawsuit in Mississippi.
- Count Seven (Unjust Enrichment) purports to be asserted against all Defendants, but its factual allegations describe conduct of Darana alone. IHRA and Cuttell should be dismissed from Count Seven.
- Count Six (Conversion) should be dismissed as duplicative of the breach of contract claims, and because it purports to be asserted against Darana and Cuttell, but its factual allegations describe conduct by Darana alone.
- Cuttell also joins and incorporates by reference the arguments made in Darana's Partial Motion to Dismiss Amended Complaint because they are equally applicable to Cuttell, and likewise contends that:
    - Count Eight (Fraud) fails to plead fraud with the particularity required by Fed. R. Civ. P. 9(b). Instead, it repackages breach of contract claims as fraud claims

without identifying any independent duty that was violated, such that it should be dismissed.

- Counts One, Two, Four, Five, Nine, and Ten (Breach of Contract) all arise from the same contract, the Master Services Agreement, as amended, between the same parties, and seek to redress the same core injury. They are, in substance, a single breach-of-contract claim artificially split into five counts and should be dismissed as duplicative of Count One or, in the alternative, consolidated with it.
- MZX Tech LLC is not a party to, and is not alleged to be an intended beneficiary of, the Master Services Agreement, and therefore lacks standing to sue for its breach. MZX Tech LLC's claims for breach of contract asserted in Counts One, Two, Five, Nine, and Ten (Breach of Contract) should be dismissed.
- Count Ten (Breach of Forum Selection Clause) should be dismissed because the Mississippi lien claims cannot be adjudicated in Tennessee.
- Count Eleven (Declaratory Judgment) should be dismissed to the extent it seeks a declaration that the MSA covered work in Mississippi, because it clearly did not.

The factual and legal basis for this Motion, and the authorities supporting it, are set forth more fully in IHRA and Cuttell's Memorandum in Support of Partial Motion to Dismiss Amended Complaint, filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Cuttell and IHRA respectfully request that the Court dismiss the following claims in their entirety: (1) Count Eight for Fraud because the Amended Complaint does not identify an independent duty to Plaintiff and is duplicative of the breach of contract claim under

Rules 9(b) and 12(b)(6); (2) Count Ten for breach of the forum selection clause because the Mississippi lien claims could not be adjudicated in Tennessee; (3) Count Six for conversion as duplicative of the breach of contract claims; (4) Counts Two, Four, Five, Nine and Ten for breach of contract as duplicative of Count One, or in the alternative, order those counts consolidated with Count One for all further proceedings; and (5) MZX Tech LLC's claims for breach of contract asserted in Counts One, Two, Five, Nine and Ten for lack of standing. Defendants Cuttell and IHRA seek partial dismissal of Count Eleven for Declaratory Judgment to the extent it seeks a declaration that the MSA covered work in Mississippi, because it clearly did not.

Alternatively, Defendants Cuttell and IHRA respectfully request dismissal of the following claims to the extent Plaintiffs assert claims against them: (1) Counts One, Two, Four, Five, Nine and Ten, or a consolidated Count One, because Cuttell is not a party to the MSA; (2) Count Six for conversion because it does not allege any individual conversion by him; (3) Count Seven for Unjust Enrichment because it does not allege Cuttell or IHRA received any enrichment; and (4) Count Eight for Fraud because it impermissibly lumps Darana and Cuttell together.

Respectfully submitted,

**GLANKLER BROWN, PLLC**

By: /s/ *Jeremy G. Alpert*

Jeremy G. Alpert (TN #19277)
Ross E. Webster (TN #24784)
S.T. Rayburn (TN #041634)
6000 Poplar Avenue, Ste. 400
Memphis, Tennessee 38119
(901) 525-1322
jalpert@glankler.com
rwebster@glankler.com
srayburn@glankler.com

and

Marc A. Sanchez (admitted *pro hac vice*)
Andrew M. Hanna (admitted *pro hac vice*)
FRANTZ WARD LLP
200 Public Square, Ste. 3000
Cleveland, OH 44114
(216) 515-1660
msanchez@frantzward.com
ahanna@frantzward.com

*Attorneys for Defendants*
*Darana Hybrid, Inc.,*
*Cuttell Motorsports, LLC d/b/a*
*International Hot Rod Association*
*and Darryl Cuttell*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the following counsel of record, via email and/or the Court's electronic filing system to all counsel of record, this 1st day of October, 2026.

/s/ *Jeremy G. Alpert*