**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| X.AI LLC, CTC PROPERTY LLC, and MZX TECH LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DARANA HYBRID, INC., CUTTELL MOTORSPORTS, LLC d/b/a INTERNATIONAL HOT ROD ASSOCIATION, and DARRYL CUTTELL,<br><br>Defendants. | Civil Action No. 2:26-cv-02994-BCL-atc<br>Judge Brian C. Lea |
| DARANA HYBRID, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CTC PROPERTY LLC and MZX TECH LLC,<br><br>Counterclaim Defendants. | |

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

Plaintiffs x.AI LLC, CTC Property LLC, and MZX Tech LLC move under Federal Rule of Civil Procedure 26(c) for an order entering Plaintiffs' proposed Protective Order.

The grounds for this motion and Plaintiffs' showing of good cause are set forth in the accompanying Memorandum In Support, Declaration of Matthew M. Duffy, and exhibits attached thereto, and Declaration of Daniel W. Van Horn. A proposed order is being submitted separately in Word format to the Court's ECF inbox.

Accordingly, Plaintiffs x.AI LLC, CTC Property LLC, and MZX Tech LLC request that the Court grant this Motion and enter the Protective Order attached as Exhibit 1 to the Declaration of Matthew M. Duffy.

DATED: October 6, 2026

Respectfully submitted,


*/s/ Daniel W. Van Horn*
Daniel W. Van Horn (BPR 018940)
Kathryn K. Van Namen (BPR 031322)
Andrew B. Schrack (BPR 037624)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Danny.VanHorn@butlersnow.com
Kate.VanNamen@butlersnow.com
Andrew.Schrack@butlersnow.com

Joshua D. Branson (admitted *pro hac vice*)
Andrew C. Shen (admitted *pro hac vice*)
Matthew M. Duffy (admitted *pro hac vice*)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
jbranson@kellogghansen.com
ashen@kellogghansen.com
mduffy@kellogghansen.com

Kenton J. Skarin
Reid E. Coleman
SPACEXAI
800 W. Cesar Chavez Street
Austin, TX 78701
kskarin@x.ai
rcoleman@x.ai

*Counsel for Plaintiffs x.AI LLC,*
*CTC Property LLC, and MZX Tech LLC*

## CERTIFICATE OF CONSULTATION

Pursuant to Federal Rule of Civil Procedure 26(c)(1) and Local Rule 7.2(a)(1)(B), I certify that on August 11, 13, 18, 19, and 30 of 2026 and September 16, 22, 28, 29, and 30 of 2026, counsel for Plaintiffs Matthew M. Duffy and myself, Daniel W. Van Horn, conferred by email about the subject of this Motion with counsel for Defendants Marc Sanchez and Jeremy Alpert. Counsel also conferred about the same by telephone on August 18, 2026 and by video conference on September 16, 2026. Counsel conferred in good faith in an effort to resolve the dispute without court action. The parties were unable to agree on September 30, 2026.

*/s/ Daniel W. Van Horn*
Daniel W. Van Horn

BUTLER SNOW LLP

*Counsel for Plaintiffs x.AI LLC,*
*CTC Property LLC, and MZX Tech LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, the foregoing document was filed through the ECF system, which caused a copy of the document to be served on all registered participants identified on the Notice of Electronic Filing.

*/s/ Daniel W. Van Horn*
Daniel W. Van Horn

BUTLER SNOW LLP

*Counsel for Plaintiffs x.AI LLC,*
*CTC Property LLC, and MZX Tech LLC*