**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| X.AI LLC, CTC PROPERTY LLC, and MZX TECH LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DARANA HYBRID, INC., CUTTELL MOTORSPORTS, LLC d/b/a INTERNATIONAL HOT ROD ASSOCIATION, and DARRYL CUTTELL,<br><br>Defendants. | Civil Action No. 2:26-cv-02994-BCL-atc<br>Judge Brian C. Lea |
| DARANA HYBRID, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CTC PROPERTY LLC and MZX TECH LLC,<br><br>Counterclaim Defendants. | |

**DECLARATION OF MATTHEW M. DUFFY**

I, Matthew M. Duffy, declare as follows:

1. I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., counsel for Plaintiffs x.AI LLC, CTC Property LLC, and MZX Tech LLC in the above-captioned Action. I am admitted pro hac vice before this Court.

2. I make this Declaration in support of Plaintiffs' Motion for Protective Order, filed concurrently herewith. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' proposed Protective Order.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email chain ending in an email from Sanchez to me, with the subject line "RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference," dated September 30, 2026.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Darana Hybrid, Inc., with the subject line "Re: Confidential Vendor Information & Outstanding Invoice Processing." The letter was sent by Brandy Petrak of Darana to Jake Palmer of x.AI on May 11, 2026.

6. On July 13, 2026, on behalf of Plaintiffs, I sent an email to Ross Bextermueller and Marc Sanchez, counsel for Defendants, requesting that Darana return and then delete all Confidential Information in its possession, including electronically-stored information to which Darana had access, as contemplated by MSA § 8.1.2. In this email, I stated that Darana did not have CTC's consent to retain such information.

7. On July 15, 2026, I spoke with Marc Sanchez about the request in my July 13, 2026 email. During that conversation and in a subsequent email from Mr. Sanchez, he conveyed that Darana had access to certain electronically-stored, highly sensitive information and that terminating access immediately could cause problems for the project because project participants would need access for their ongoing work. He expressed that he did not believe ultimately complying with Plaintiffs' request would be a problem after access was transitioned.

8. On August 11, 2026, in response to my July 13 email, I sent a follow up to Mr. Bextermueller and Mr. Sanchez reiterating the request from my initial email. I also requested that Darana terminate access to certain electronically-stored Confidential Information. On

August 18, 2026, I sent another follow-up reiterating the same request. Darana did not comply with these requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2026, in Washington, D.C.

Matthew M. Duffy

KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.

*Counsel for Plaintiffs x.AI LLC, CTC Property LLC, and MZX Tech LLC*