# EXHIBIT 2

**From:** Marc Sanchez <msanchez@frantzward.com>
**Sent:** Wednesday, September 30, 2026 9:32 AM
**To:** Duffy, Matthew M.; Jeremy G. Alpert; Bextermueller, Ross J.
**Cc:** Danny Van Horn; Traxler, Thomas W.; Bright, Kyle D.; Branson, Joshua D.; Levin, Stephanie E.; Andrew Schrack; Kate Van Namen; Andrew M. Hanna
**Subject:** [EXTERNAL] RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

Thank you, Matt. Our client does not agree on the protective order and does not think one is necessary here. Please send a copy of the draft scheduling order. I will review it and am fine if you want to file it for both of us. If you want us to file it, just let me know. Call anytime to discuss.

**Marc A. Sanchez**
**Partner |** Frantz Ward
D: (216) 515-1638
FrantzWard.com

**From:** Duffy, Matthew M. <mduffy@kellogghansen.com>
**Sent:** Wednesday, September 30, 2026 9:28 AM
**To:** Marc Sanchez <msanchez@frantzward.com>; Jeremy G. Alpert <jalpert@Glankler.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>; Andrew Schrack <andrew.schrack@butlersnow.com>; Kate Van Namen <kate.vannamen@butlersnow.com>; Andrew M. Hanna <ahanna@frantzward.com>
**Subject:** RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

Marc – We'll get back to you on the mediator issue, with a proposed final of the scheduling order that is due today. In the meantime, we need Darana's comments or signoff on the PO so that can be submitted today. When can we expect a response?

**From:** Marc Sanchez <msanchez@frantzward.com>
**Sent:** Tuesday, September 29, 2026 3:33 PM
**To:** Duffy, Matthew M. <mduffy@kellogghansen.com>; Jeremy G. Alpert <jalpert@Glankler.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>; Andrew Schrack <andrew.schrack@butlersnow.com>; Kate Van Namen <kate.vannamen@butlersnow.com>; Andrew M. Hanna <ahanna@frantzward.com>
**Subject:** [EXTERNAL] RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

Thanks, Matt. We are looking at the Protective Order now and will send comments. We would like to use a mediator with specific construction

expertise. We suggest Tim Gibbons, David Taylor, Todd Panther, or Wearen Hughes. Let me know if your folks are OK with any of them. If not, we can just list the competing mediators on the proposed scheduling order. Call anytime to discuss.

**Marc A. Sanchez**
**Partner |** Frantz Ward
D: (216) 515-1638
FrantzWard.com

**From:** Duffy, Matthew M. <mduffy@kellogghansen.com>
**Sent:** Monday, September 28, 2026 4:51 PM
**To:** Marc Sanchez <msanchez@frantzward.com>; Jeremy G. Alpert <jalpert@Glankler.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>; Andrew Schrack <andrew.schrack@butlersnow.com>; Kate Van Namen <kate.vannamen@butlersnow.com>; Andrew M. Hanna <ahanna@frantzward.com>
**Subject:** RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

Marc – Do you have any edits or comments on the protective order? We need to submit that with the schedule on Wednesday so we'd appreciate receiving any edits or sign off tomorrow. We will send you a draft of the ESI protocol tomorrow, as well.

Does your client agree to either of the mediators we proposed?

Thanks,
Matt

**From:** Duffy, Matthew M.
**Sent:** Friday, September 25, 2026 10:39 AM
**To:** Marc Sanchez <msanchez@frantzward.com>; Jeremy G. Alpert <jalpert@Glankler.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>; Andrew Schrack <andrew.schrack@butlersnow.com>; Kate Van Namen <kate.vannamen@butlersnow.com>; Andrew M. Hanna <ahanna@frantzward.com>
**Subject:** RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

Marc – We've accepted those changes to the deadlines (assuming you mean the dates should 1/30/27 and 9/15/27, not 2026). As reflected in the draft, our client does not consent to trial before a Magistrate. We are tracking a due date of Wednesday, **September 30**, not October 1, to file this.

Regarding mediators, we would instead propose Janice Holder or Darryl Gresham. Please let us know your thoughts.

Thanks,

Matt

---

**From:** Marc Sanchez <msanchez@frantzward.com>
**Sent:** Tuesday, September 22, 2026 10:44 AM
**To:** Duffy, Matthew M. <mduffy@kellogghansen.com>; Jeremy G. Alpert <jalpert@Glankler.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>; Andrew Schrack <andrew.schrack@butlersnow.com>; Kate Van Namen <kate.vannamen@butlersnow.com>; Andrew M. Hanna <ahanna@frantzward.com>
**Subject:** [EXTERNAL] RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

Thanks, Matt.

We have just a couple of suggestions: Move the mediation deadline from 12-30-26 to 1-30-26 and move expert witness depositions from 8-25-26 to 9-15-26. Let me know if those changes sound OK. Also, please respond on the suggested mediators and if your client consents to the magistrate judge. I believe this joint scheduling order is due on October 1, 2026 (7 days in advance of our October 7, 2026 conference with Judge Lea). Let me know if you agree.

We are preparing comments to the proposed protective order and I think you are sending a draft esi protocol. Call anytime to discuss.

**Marc A. Sanchez**
**Partner |** Frantz Ward
D: (216) 515-1638
FrantzWard.com

---

**From:** Duffy, Matthew M. <mduffy@kellogghansen.com>
**Sent:** Friday, September 18, 2026 4:27 PM
**To:** Marc Sanchez <msanchez@frantzward.com>; Jeremy G. Alpert <jalpert@Glankler.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>; Andrew Schrack <andrew.schrack@butlersnow.com>; Kate Van Namen <kate.vannamen@butlersnow.com>
**Subject:** RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

Marc – Please see another turn. Once you've had a chance to look, please let us know if you'd like to talk again.

---

**From:** Marc Sanchez <msanchez@frantzward.com>
**Sent:** Wednesday, September 16, 2026 1:19 PM

**To:** Duffy, Matthew M. <mduffy@kellogghansen.com>; Jeremy G. Alpert <jalpert@Glankler.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>; Andrew Schrack <andrew.schrack@butlersnow.com>; Kate Van Namen <kate.vannamen@butlersnow.com>
**Subject:** [EXTERNAL] RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

Hi Matt: We made some comments to the draft Scheduling Order. I have attached it here for discussion.

**Marc A. Sanchez**
**Partner** | Frantz Ward
D: (216) 515-1638
FrantzWard.com

---

**From:** Duffy, Matthew M. <mduffy@kellogghansen.com>
**Sent:** Monday, September 14, 2026 9:58 PM
**To:** Jeremy G. Alpert <jalpert@Glankler.com>; Marc Sanchez <msanchez@frantzward.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>; Andrew Schrack <andrew.schrack@butlersnow.com>; Kate Van Namen <kate.vannamen@butlersnow.com>
**Subject:** RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

Thanks Marc and Jeremy. I'll circulate an invite for 2:30pm central / 3:30pm eastern on Wednesday. Attached is a draft scheduling order that we can use to guide our discussion. We reserve the right to modify the proposals in this draft.

---

**From:** Jeremy G. Alpert <jalpert@Glankler.com>
**Sent:** Friday, September 11, 2026 5:13 PM
**To:** Marc Sanchez <msanchez@frantzward.com>; Duffy, Matthew M. <mduffy@kellogghansen.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>
**Subject:** [EXTERNAL] RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

I can also be available during those times.

**Jeremy G. Alpert**
**GLANKLER BROWN, PLLC**
**P** 901.576.1791 | **F** 901.525.2389
jalpert@glankler.com
Vcard | Bio | www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

This communication is privileged and confidential and is for the use of the intended recipient only. If you are not the intended recipient, please notify the sender immediately and permanently delete this communication. Thank you.

**From:** Marc Sanchez <msanchez@frantzward.com>
**Sent:** Friday, September 11, 2026 3:42 PM
**To:** Duffy, Matthew M. <mduffy@kellogghansen.com>; Jeremy G. Alpert <jalpert@Glankler.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>
**Subject:** RE: X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

I am free that day except for a lunch meeting.

**Marc A. Sanchez**
**Partner |** Frantz Ward
D: (216) 515-1638
FrantzWard.com

**From:** Duffy, Matthew M. <mduffy@kellogghansen.com>
**Sent:** Friday, September 11, 2026 3:36 PM
**To:** Jeremy G. Alpert <jalpert@glankler.com>; Marc Sanchez <msanchez@frantzward.com>; Bextermueller, Ross J. <rbextermueller@kmklaw.com>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Traxler, Thomas W. <ttraxler@kellogghansen.com>; Bright, Kyle D. <kbright@kellogghansen.com>; Branson, Joshua D. <jbranson@kellogghansen.com>; Levin, Stephanie E. <slevin@kellogghansen.com>
**Subject:** X.AI v. Darana, 26-02994 (W.D. Tenn.) - Rule 26(f) Conference

Jermey, Marc, Ross – The parties are required to have our Rule 26(f) conference by Wednesday, September 16. Could you please let us know your availability that day?

Thanks,
Matt

**Matthew M. Duffy**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W. | Suite 400 | Washington, DC 20036
Tel: 202-326-7922 | Fax: 202-326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

This e-mail (including any attachments) may contain information that is private, confidential or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

This e-mail (including any attachments) may contain information that is private, confidential or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

This e-mail (including any attachments) may contain information that is private, confidential or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

This e-mail (including any attachments) may contain information that is private, confidential or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

This e-mail (including any attachments) may contain information that is private, confidential or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.