# EXHIBIT 3

Re: Confidential Vendor Information & Outstanding Invoice Processing

This correspondence is intended to address the following matters:

- Clarification regarding your request for vendor pricing and subcontractor information.
- Preservation of operational continuity for the Memphis Data Center Infrastructure Projects; and
- Immediate processing of outstanding invoices in order to avoid disruption to ongoing project operations.

As you are aware, Darana Hybrid, Inc. entered into the Master Services Agreement effective April 15, 2024, together with the subsequent Amendments thereto, with the understanding that the Services being performed involve highly specialized Data Center Infrastructure Projects requiring continuous manpower deployment, vendor coordination, operational responsiveness, and accelerated execution timelines.

As reflected throughout the Agreement and Amendments, Darana Hybrid, Inc. undertook substantial long-term operational commitments in reliance upon the Parties' ongoing relationship, including exclusive performance obligations relating to Data Center Infrastructure Projects for which Company agreed to compensate Contractor for Services performed. In connection therewith, Darana Hybrid, Inc. has continuously performed in good faith and maintained uninterrupted 24/7 operational support for the Memphis projects, including Project Colossus, Project Tulane (Macrohard), Project Stateline (Macrohardrr), Duke, and related operational sites.

Darana Hybrid, Inc. has continued sustaining ongoing project operations despite the continued accumulation of substantial outstanding unpaid balances and the significant financial obligations required to support manpower, vendor coordination, procurement, logistics, equipment deployment, and operational continuity.

The Parties' agreements expressly recognize the competitive and confidential nature of the Services being performed. Specifically, Amendment No. 1 to the Master Services Agreement, Section 2.8 (Exclusivity), provides that Contractor "will not under any circumstances, perform any services, assist or in any way participate, in any Data Center Infrastructure Projects anywhere, for any third party, including without limitation, Company's Competitors." Further, Section 10 (Definitions) of Amendment No. 1 defines "Competitors" as "any third party that is in any way involved in artificial intelligence products and/or data centers" and expressly includes "OpenAI, Microsoft, Anthropic, Google (Alphabet), DeepMind (Google subsidiary), Meta, DeepSeek, Mistral AI, Cohere, Amazon Web Services (AWS), IBM, Nvidia, Intel, Perplexity AI, Digital Realty, Equinix, CoreSite, and any of their related subsidiaries, affiliates, joint ventures or any other entities involved in the provision of artificial intelligence products or Data Center Infrastructure Projects."

As a result, many of Darana Hybrid, Inc.'s vendors, subcontractors, and operational partners are subject to separate confidentiality obligations and executed Non-Disclosure Agreements intended to protect proprietary pricing structures, operational methodologies, supply chain relationships, subcontractor arrangements, and other confidential commercial information.

Darana Hybrid, Inc. remains contractually and legally obligated to honor those confidentiality obligations. Disclosure of information beyond the scope permitted under those agreements could compromise

protected business relationships, expose proprietary commercial information, subject Darana Hybrid, Inc. and related parties to liability exposure, and materially impact ongoing project operations.

While Darana Hybrid, Inc. remains willing to cooperate in good faith regarding reasonable requests for information, our ability to disclose certain vendor pricing, subcontractor relationships, and related proprietary information remains limited due to the confidentiality obligations governing those relationships.

Additionally, Darana Hybrid, Inc. has continued to sustain substantial financial obligations necessary to maintain uninterrupted 24/7 operations for these projects, including manpower deployment, vendor support, equipment procurement, logistics coordination, and material acquisitions, despite significantly overdue outstanding invoice balances totaling $139,031,735.51 as of May 11, 2026.

The continued delay in payment is materially impacting Darana Hybrid, Inc.'s ability to satisfy ongoing obligations to vendors, subcontractors, suppliers, and operational support partners necessary to maintain project continuity and execution schedules.

Although Darana Hybrid, Inc. has continued prioritizing operational continuity and project execution in good faith, the continued delay in payment is creating increasing operational and financial strain affecting staffing stability, vendor performance, material availability, scheduling continuity, and overall execution capabilities necessary to maintain the current level of project support.

Absent immediate resolution of the outstanding payment issues, Darana Hybrid, Inc. is becoming increasingly limited in its ability to continue absorbing the substantial operational and financial burdens associated with maintaining uninterrupted 24/7 project support at the current level.

Immediate processing of the outstanding invoices is therefore necessary to avoid material adverse impacts to ongoing project operations, vendor performance, manpower availability, scheduling continuity, and overall project execution.

Darana Hybrid, Inc. remains committed to maintaining a cooperative and professional relationship and to ensuring the successful completion of the Projects. We respectfully request immediate attention to these matters in order to avoid further operational and project impacts and remain available to meet Monday to discuss payment processing, operational requirements, and any remaining concerns regarding the requested information.

Sincerely,

Darana Hybrid, Inc.