**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| SPACEXAI LLC f/k/a X.AI LLC,<br>CTC PROPERTY LLC, and MZX TECH LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DARANA HYBRID, INC., CUTTELL MOTORSPORTS, LLC d/b/a INTERNATIONAL HOT ROD ASSOCIATION, and DARRYL CUTTELL,<br><br>Defendants. | Civil Action No. 2:26-cv-02994-BCL-atc<br>Judge Brian C. Lea |
| DARANA HYBRID, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CTC PROPERTY LLC and MZX TECH LLC,<br><br>Counterclaim Defendants. | |

**PLAINTIFFS' RULE 7.1(a) AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs SpaceXAI LLC f/k/a x.AI LLC, CTC Property LLC, and MZX Tech LLC hereby amend their disclosure to reflect the corporate name changes of certain entities in Plaintiffs' ownership structure. Specifically, x.AI LLC is now known as SpaceXAI LLC, X.AI Corp. is now known as SpaceXAI Corp., and x.AI Holdings LLC is now known as SpaceXAI Holdings LLC.[1]

[1] *See* Nev. Sec'y of State, SpaceXAI LLC (f/k/a x.AI LLC), Entity No. E44650062024-8, Name History, Filing No. 20265967882 (Aug. 12, 2026), https://bit.ly/4rN7Yhn; Nev. Sec'y of State, SpaceXAI Corp. (f/k/a X.AI Corp.), Entity No. E28915122023-8, Name History, Filing No. 20265967744 (Aug. 12, 2026), https://bit.ly/4hMPclQ; Nev. Sec'y of State, SpaceXAI Holdings LLC (f/k/a x.AI Holdings LLC), Entity No. E54593472026-7, Name History, Filing No. 20265967755 (Aug. 12, 2026), https://bit.ly/4zm5I3q.

**SpaceXAI LLC** is a privately held limited liability company with a single member: SpaceXAI Corp., which is a privately held corporation. SpaceXAI Corp. is wholly owned by X Corp. and SpaceXAI Holdings LLC. X Corp. is wholly owned by X Holdings Corp., which is wholly owned by SpaceXAI Holdings LLC. SpaceXAI Holdings LLC is wholly owned by Space Exploration Technologies Corp ("SpaceX"), which is a publicly traded corporation (NASDAQ: SPCX). No publicly held company owns 10% or more of SpaceX. The citizenship of SpaceXAI LLC is based on its sole member, SpaceXAI Corp., which is a citizen of Nevada and Texas.

**CTC Property LLC** is a privately held limited liability company with a single member: SpaceXAI LLC. As stated above, SpaceXAI LLC's single member is SpaceXAI Corp., which is a privately held corporation. SpaceXAI Corp. is wholly owned by X Corp. and SpaceXAI Holdings LLC. X Corp. is wholly owned by X Holdings Corp., which is wholly owned by SpaceXAI Holdings LLC. SpaceXAI Holdings LLC is wholly owned by SpaceX, which is a publicly traded corporation (NASDAQ: SPCX). No publicly held company owns 10% or more of SpaceX. The citizenship of CTC Property LLC is based on its sole member, SpaceXAI LLC, which is in turn based on its sole member, SpaceXAI Corp., which is a citizen of Nevada and Texas.

**MZX Tech LLC** is a privately held limited liability company with a single member: CTC Property LLC. As stated above, CTC Property LLC's single member is SpaceXAI LLC. SpaceXAI LLC's single member is SpaceXAI Corp., which is a privately held corporation. SpaceXAI Corp. is wholly owned by X Corp. and SpaceXAI Holdings LLC. X Corp. is wholly owned by X Holdings Corp., which is wholly owned by SpaceXAI Holdings LLC. SpaceXAI Holdings LLC is wholly owned by SpaceX, which is a publicly traded corporation (NASDAQ: SPCX). No publicly held company owns 10% or more of SpaceX. The citizenship of MZX Tech

LLC is based on its sole member, CTC Property LLC, which is based on its sole member, SpaceXAI LLC, which is in turn based on its sole member, SpaceXAI Corp., which is a citizen of Nevada and Texas.

DATED: October 16, 2026

Respectfully submitted,

*/s/ Daniel W. Van Horn*
Daniel W. Van Horn (BPR 018940)
Kathryn K. Van Namen (BPR 031322)
Andrew B. Schrack (BPR 037624)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Danny.VanHorn@butlersnow.com
Kate.VanNamen@butlersnow.com
Andrew.Schrack@butlersnow.com

Joshua D. Branson (admitted *pro hac vice*)
Andrew C. Shen (admitted *pro hac vice*)
Matthew M. Duffy (admitted *pro hac vice*)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
jbranson@kellogghansen.com
ashen@kellogghansen.com
mduffy@kellogghansen.com

Kenton J. Skarin
Reid E. Coleman
SPACEXAI
800 W. Cesar Chavez Street
Austin, TX 78701
kskarin@x.ai
rcoleman@x.ai

*Counsel for Plaintiffs*
*SpaceXAI LLC f/k/a x.AI LLC,*
*CTC Property LLC, and MZX Tech LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, the foregoing document was filed through the ECF system, which caused a copy of the document to be served on all registered participants identified on the Notice of Electronic Filing.

*/s/ Daniel W. Van Horn*
Daniel W. Van Horn

BUTLER SNOW LLP

*Counsel for Plaintiffs*
*SpaceXAI LLC f/k/a x.AI LLC,*
*CTC Property LLC, and MZX Tech LLC*